ARTS4ALL, LTD., Appellant, et al., Plaintiff, v JUDITH L. HANCOCK, Respondent and Counterclaim Plaintiff-Respondent, et al., Additional Counterclaim Defendants.

Submitted July 6, 2009; decided September 8, 2009

Reported below, 54 AD3d 286.

Motion for reargument denied with $100 costs and necessary reproduction disbursements [*see* 12 NY3d 846 (2009)].

Chief Judge LIPPMAN taking no part.

ARRELLO BARNES, Appellant, v STATE OF NEW YORK, Respondent.

Submitted July 6, 2009; decided September 8, 2009

Reported below, 2008 NY Slip Op 85094(U); 2009 NY Slip Op 63023(U).

Motion for reargument denied [*see* 11 NY3d 883 (2008)]. Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Chief Judge LIPPMAN taking no part.

SUSAN CAMBIZACA, Appellant, v NEW YORK CITY TRANSIT AUTHORITY, Respondent.

Submitted August 3, 2009; decided September 8, 2009

Reported below, 57 AD3d 701.

Motion for reargument of motion for leave to appeal denied with $100 costs and necessary reproduction disbursements [*see* 12 NY3d 715 (2009)].

MARY ANN DiDOMENICO et al., Appellants, v LONG BEACH PLAZA CORP. et al., Respondents, et al., Defendants.

Submitted July 6, 2009; decided September 8, 2009

Reported below, 60 AD3d 615, 618.

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]).